UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-24013-CIV-WILLIAMS/O'SULLIVAN

**ARTURO ORLANDO SIMON**
   **Plaintiff,**

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**
   **Defendant.**

                /

## REPORT AND RECOMMENDATION

  THIS MATTER is before the Court on the Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 26, 12/7/21). This motion was referred to Chief United States Magistrate Judge John J. O'Sullivan. The Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 26, 12/7/21) indicates that the motion is unopposed. See Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 26, 12/7/21) at p. 1. The plaintiff requests fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as agreed to by the parties, in the amount of $20,000.00, $598.58 in expenses, and $905.00 in filing fees. The plaintiff indicates in his motion that the plaintiff is the prevailing party under the EAJA and meets the financial qualifications for relief, and the Defendant's position was not "substantially justified." A review of the petition reveals that the requested fees and costs are reasonable and permitted pursuant to 28 U.S.C. § 2412.

  The plaintiff assigned his rights to any EAJA fee award to his attorney. The

plaintiff indicates in his motion that the

> Plaintiff's EAJA assignment is also attached.   The parties agree that after the Court issues an order awarding EAJA fees to Plaintiff, the Commissioner will determine whether Plaintiff owes a debt to the government.  If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to his counsel.

Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 26, 12/7/21) at p. 2.  Accordingly, it is hereby

RESPECTFULLY RECOMMENDED that the Plaintiff's Unopposed Petition for Attorney Fees Pursuant to the Equal Access to Justice Act (DE# 26, 12/7/21) be GRANTED and the plaintiff be awarded fees in the amount of $20,000.00, $598.58 in expenses, and $905.00 in filing fees. It is further

RESPECTFULLY RECOMMENDED that if the plaintiff does not owe any debt to the United States that is subject to an offset, the check for attorney's fees shall be made payable to the plaintiff's attorney.

The parties will have fourteen (14) days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Kathleen M. Williams, United States District Court Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Harrigan v. Metro Dade Police Dep't Station #4, 977 F.3d 1185, 1191-1192 (11th Cir. 2020); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794

(11th Cir. 1989); 11th Cir. R. 3-1 (2016).

      RESPECTFULLY SUBMITTED in Chambers, at Miami, Florida, this 8th day of December, 2021.

                                           _____
                                           JOHN J. O'SULLIVAN
                                           CHIEF UNITED STATES MAGISTRATE JUDGE