UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-CIV-24013-WILLIAMS

ARTURO O. SIMON,

    Plaintiff,

v.

KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,

    Defendant.
_____/

### ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge John J. O'Sullivan's Report and Recommendation ("Report") (DE 28) on the Unopposed Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act filed by Plaintiff (DE 26). No objections were filed to the Report, which recommends the Court grant Plaintiff's unopposed Petition. (DE 26 at 2.) Upon a careful review of the Report, the unopposed Petition, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge O'Sullivan's Report (DE 28) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Unopposed Petition (DE 26) is **GRANTED**. Plaintiff shall be awarded attorney's fees in the amount of $20,000.00, $598.58 in expenses, and $905.00 in filing fees. If Plaintiff does not owe any debt to the United States that is subject to an offset, the check for attorney's fees shall be made payable to the Plaintiff's attorney.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10th day of May, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE